1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                               **DISTRICT OF NEVADA**
8
9   JULIO SMITH PARRA,                    )
            #65116                        )
10                                        )
            Plaintiff,                    )        3:12-cv-00484-RCJ-WGC
11                                        )
    vs.                                   )
12                                        )        **ORDER**
    STATE OF NEVADA PAROLE                )
13  BOARD, *et al.*,                      )
                                          )
14          Defendants.                   )
    _____/
15
16              Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to either pay
17   the filing fee or submit an application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C.
18   § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff's action is
19   dismissed without prejudice.  If plaintiff wishes to pursue this matter, he should file a new action, with
20   a new case number, along with either the $350 filing fee or a completed application to proceed *in forma*
21   *pauperis* on the court-approved form.  The application must be accompanied by all required financial
22   documentation, as described in the instructions for use of the form.
23              **IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the
24   complaint (ECF #1-1).
25              **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.
26              **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved

forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 16th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

2