# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO SMITH PARRA, #65116 | )<br>) |
| Plaintiff, | ) 3:12-cv-00484-RCJ-WGC |
| vs. | ) |
| STATE OF NEVADA PAROLE BOARD, *et al.*, | ) **ORDER** |
| Defendants. | ) |

Plaintiff submitted a *pro se* civil rights complaint, but failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, on October 16, 2012, plaintiff's action was dismissed without prejudice (ECF #4).

Plaintiff now has filed a motion requesting copies of the documents he filed in this case (ECF #7). Good cause appearing, plaintiff's motion is granted. Plaintiff is advised that this action is closed and that from now forward he shall file no further documents in this case.

**IT IS THEREFORE ORDERED** that plaintiff's motion for copies (ECF #7) is **GRANTED**.

1  **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** one copy of the complaint
2  and documents filed at ECF #4 to plaintiff.
3
4  DATED this 2nd day of November, 2012.
5
6  _____
7  UNITED STATES MAGISTRATE JUDGE